Gerard J. REIMERING, Plaintiff—Appellant,

v.

THE RETIREMENT PENSION PLAN OF THE CALIFORNIA STATE AUTOMOBILE ASSOCIATION and the California State Automobile Association Inter–Insurance Bureau; California State Automobile Association; California State Automobile Association Inter–Insurance Bureau, Defendants—Appellees.

No. 01–15505.

D.C. No. CV–99–04054–THE(JL).

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 12, 2002.

Decided May 10, 2002.

---

Before SCHROEDER, Chief Judge, B. FLETCHER and KOZINSKI, Circuit Judges.

## MEMORANDUM *

The Early Retirement Incentives Program was not under serious consideration until after Reimering's retirement. Reimering never made a specific inquiry about a possible plan enhancement, and defendants therefore had no duty to inform him of sporadic discussions of the subject. *See Bins v. Exxon Co. U.S.A.,* 220 F.3d 1042, 1048–49 (9th Cir.2000).

AFFIRMED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

